IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIK COLLINS, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 2:22-cv-03548-JLS |
| | : | |
| | : | |
| MICHAEL ZAKEN, et al, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 11th day of July, 2025, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Craig M. Straw, IT IS ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED** in part and **DENIED** in part;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL
U.S. DISTRICT COURT JUDGE